UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 3:17-cv-00479-BJD-JBT

JOE HOUSTON, Individually,

    Plaintiff,

vs.

GC WEN FL, LLC, Florida Limited
Liability Company,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff JOE HOUSTON ("Plaintiff"), and Defendant GC WEN FL, LLC ("Defendant"), by and through undersigned counsel, and pursuant to Local Rule 3.08, hereby notify the Court that the parties have reached a confidential settlement agreement, and that the parties will be submitting a stipulation for dismissal with prejudice upon completion of the settlement paperwork.

| | |
|---|---|
| By: s/ Aaron Finesilver | By: s/ G. Bart Billbrough |
| Aaron Finesilver, Esq. | G. Bart Billbrough, Esq. |
| Florida Bar. No. 577022 | Florida Bar No.: 334261 |
| Thomas B. Bacon, P.A. | Billbrough & Marks P.A. |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| 100 N. Biscayne Boulevard, Suite 1300 | 100 Almeria Avenue, Suite 320 |
| Miami, Florida 33132 | Miami. Florida 33134 |
| Tel:   (305)702-8355 | Tel:   (305) 442-2701 |
| Fax:  (305)503-7374 | Fax:  (305) 442-2801 |
| E-mail: Aaron@finesilverlaw.com | E-mail: bbillbrough@attyfla.com |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on October 27, 2017 on all counsel or parties of record on the Service List below.

By:___s/G. Bart Billbrough_____
G. BART BILLBROUGH, ESQ.

## SERVICE LIST

Aaron Finesilver, Of Counsel
Thomas B. Bacon, P.A.
100 N. Biscayne Blvd., Suite 1300
Miami, FL 33132
Phone: (305) 702-8355
aaron@finesilverlaw.com

Thomas B. Bacon, Esq.
Thomas B. Bacon, P.A.
644 North McDonald Street
Mt. Dora, Fl 32757
Phone: (954) 478-7811
tbb@thomasboconlaw.com