UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOE HOUSTON, Individually,

    Plaintiff,

v.                                  Case No. 3:17-cv-479-J-39JBT

GC WEN FL, LLC, Florida Limited
Liability Company,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Amended Joint Stipulation of Final Dismissal with Prejudice (Doc. No.16; Stipulation) filed on December 7, 2017. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1.     This case is **DISMISSED with prejudice.**

2.     Each party shall bear its own costs and fees.

3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

DONE and ORDERED in Jacksonville, Florida this 10th day of January, 2018.

BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*